UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GERALD L. COLE

    v.                                                                                                                      C.A. No. 15-310 ML

STATE OF NORTH CAROLINA,
26 DISTRICT, MECKLENBURG
COUNTY, TAISIYA DEMINA,
GENNADIY DEMINA, and
MARIYA DEMINA

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on August 3, 2015 (Docket #3). No objection has been filed and the time for doing so has passed.

This Court has conducted an independent review of Plaintiff's pleadings and the Report and Recommendation. This Court concurs in the Magistrate Judge's conclusion and finds her recommended disposition fully supported by the law.

Accordingly, the Report and Recommendation is adopted. The Complaint is DISMISSED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
August 25, 2015